UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                        Chapter 13
                                        Case No. 15-23528 RDD

**ANA L. MENDEZ,**


                              Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved, on due notice, for an order dismissing this chapter 13 case; and, upon the motion and the record of the December 9, 2015 hearing thereon, the Court having found that the above-captioned debtor has failed to comply with 11 U.S.C. § 1307(c)(1), (c)(3) and (c)(4) and 11 U.S.C. § 521(i) and (e)(2)(A)(i), having created unreasonable delay that is prejudicial to creditors, in that the debtor failed to timely file a chapter 13 plan, failed to be examined at the scheduled § 341(a) meeting of creditors, failed to remit timely proposed chapter 13 plan payments to the trustee, failed to provide the required documentation, in particular, schedules, statement of financial affairs, payment advices and evidence of other payments received within 60 days of the petition date, and the "means" test, and, seven days before the § 341(a) meeting of creditors, Federal and New York State  tax returns for several years prior to the filin;, and good cause appearing,

**IT IS ORDERED THAT:**

 This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
           December 14, 2015

                              _/s/Robert D. Drain_____
                              **UNITED STATES BANKRUPTCY JUDGE**