**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Ana L. Mendez | CASE NO.: 15–23528–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–9696 | CHAPTER: 13 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Ana L. Mendez was dismissed from the case on December 14, 2015 .

Dated: December 14, 2015                                   Vito Genna
                                                           Clerk of the Court