# Notice Recipients

District/Off: 0208–7         User: atavarez1         Date Created: 12/14/2015
Case: 15–23528–rdd           Form ID: 131            Total: 25

**Recipients of Notice of Electronic Filing:**
tr    Jeffrey L. Sapir–13    info@sapirch13tr.com
aty   Jeffrey L. Sapir–13    info@sapirch13tr.com

                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Ana L. Mendez       935 Bernard Rd       Peekskill, NY 10566
ust       United States Trustee       Office of the United States Trustee       U.S. Federal Office Building       201 Varick Street, Room 1006       New York, NY 10014
smg       N.Y. State Dept. Of Taxation And Finance       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg       N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201–551
smg       New York City Department of Finance       Attn: Bankruptcy & Assignment Unit       345 Adams Street, 3rd Floor       Attn: Legal Affairs – Devora Cohn       Brooklyn, NY 11201–3719
smg       New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg       Parking Violations Bureau       210 Joralemon Avenue       Brooklyn, NY 11201
smg       United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg       United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg       Westchester County Sheriff's Dept.       Room L 217       110 Dr. Martin Luther King Blvd.       White Plains, NY 10601–2519
6791278   Bank of America       272 Valencia Avenue       Brea, CA 92823
6791279   CFS–4 IV, LLC       230 Crosskeys Office Park       Fairport, NY 14450
6808390   CFS–4 IV, LLC       ATTN:KET/229110063       230 Crosskeys Office Park       Fairport, NY 14450
6813761   Capital One Bank (USA), N.A.       by American InfoSource LP as agent       PO Box 71083       Charlotte, NC 28272–1083
6791280   Capital One– MC       PO Box 71083       Charlotte, NC 28272
6805509   Drake Loeb PLLC       Attorneys for CFS–4 IV, LLC       Attn: Alana R. Bartley, Esq.       555 Hudson Valley Avenue, Suite 100       New Windsor, New York 12553
6805631   Drake Loeb PLLC       Attorneys for CFS–4 IV, LLC       Attn: Timothy P. McElduff, Jr., Esq.       555 Hudson Valley Avenue, Suite 100       New Windsor, New York 12553
6794587   Frenkel, Lambert, Weiss,       Weisman & Gordon, LLP       Attorneys for Bank of America, N.A.       Attn: Michelle C. Marans, Esq.       53 Gibson Street       Bay Shore, NY 11706
6791283   Kohl's       PO Box 2983       Milwaukee, WI 53201
6791282   Macy's       PO Box 183083       Columbus, OH 43218
6809275   Portfolio Recovery Associates, LLC       c/o TOYS R US CREDIT CARD       POB 12914       Norfolk VA 23541
6791284   Sam's Club Synchrony Bank       PO Box 530942       Atlanta, GA 30353
6791281   Sears       PO Box 183082       Columbus, OH 43218

                                                                TOTAL: 23